UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NEW YORK CENTRAL MUTUAL FIRE
INSURANCE COMPANY,

                   Plaintiff(s),              **ORDER**

           - against -           23 Civ. 8985 (NSR)

HONEYWELL INTERNATIONAL, INC., et al.,

                  Defendant(s).

-------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

       The Court waives the Initial Pre-trial Conference and directs the parties to complete a

Case Management Plan and Scheduling Order (blank form attached hereto).  Said Scheduling Order

shall be filed on or before July 16, 2025.

                                       SO ORDERED.

Dated:       White Plains, New York
             July 1, 2025

                                   Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/01/2025___

UNITED STATES DISTRICT COURT                                        Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x


                                                    **CIVIL CASE DISCOVERY PLAN**
                              Plaintiff(s),          **AND SCHEDULING ORDER**

       - against -


                              Defendant(s).        ___ CV _____ (NSR)


-------------------------------------------------------------x

  This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel,
pursuant to Fed. R. Civ. P. 16 and 26(f):

   1.    All parties [consent] [do not consent] to conducting all further proceedings before a
         Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The parties
         are free to withhold consent without adverse substantive consequences.

   2.    This case [is] [is not] to be tried to a jury.

   3.    Joinder of additional parties must be accomplished by _____.

   4.    Amended pleadings may be filed until _____.

   5.    Interrogatories shall be served no later than _____, and responses thereto
         shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3
         [shall] [shall not] apply to this case.

   6.    First  request  for  production  of  documents,  if  any,  shall  be  served  no  later  than
         _____.

   7.    Non-expert depositions shall be completed by _____.

         1.    Unless counsel agree otherwise or the Court so orders, depositions shall not be held
               until all parties have responded to any first requests for production of documents.

         2.    Depositions shall proceed concurrently.

         3.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party
               depositions shall follow party depositions.

8.     Any further interrogatories, including expert interrogatories, shall be served no later than
       _____.

9      Requests to Admit, if any, shall be served no later than _____.

10.    Expert reports shall be served no later than _____.

11.    Rebuttal expert reports shall be served no later than _____.

12.    Expert depositions shall be completed by _____.

13.    Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.    **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.    Any motions shall be filed in accordance with the Court's Individual Practices.

16.    This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of
       Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.    The Magistrate Judge assigned to this case is the Hon. _____Andrew E. Krause_____.

18.    If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the
       Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this
       Order consistent therewith.

19.    The next case management conference is scheduled for _____, at
       _____. (The Court will set this date at the initial conference.)



SO ORDERED.

Dated:  White Plains, New York
        _____


                                                    _____
                                                    Nelson S. Román, U.S. District Judge